THE Fourteenth Court OF Appeals

301 Fannin Suite 245

HOUSTON, TEXAS 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE
CLERK

Jimmy Diaz,
Plaintiff-Appellant,

VS.

Savannah Linda Robinson etal,
Robert Thomas Rice; AND
Addendum third Party Kenneth;
Grazia Little Ken, Inc. wholey
ownerd Corporation Seafood Inc,
Grazia Enterpries, Inc,
Defendants-Appellees

DEMANDED A Jury TRIAL
AND
DEMANDED A Evidentiary Hearing

NO. 14-14-00517-CV

NO. 14-14-00622-CV.

Amended Notice of Appeal And interlocutory
Appeal, Authorized by Statue,

1.

Amended Notice of Appeal, and interlocutory Appeal authorized by the Statue, is hereby given that Savannah Linda Robinson; Robert Thomas Rice; and addendum third party Kenneth Grazia Little Ken, Inc, wholely ownered Corpration Grazia enterpries, Inc, Seafood Company & boat Vessle Inc. through and by his Attorney. etal; Parties taking the Amended Notice of Appeal & interlocutory Appeal authorized by statue; Plaintiff Mr. Dinz. in the above named Case, is hereby Appealed to the fourteenth Court of Appeals at 301 Fannin Suite 245, Houston, Texas 77002,

From; Base Bais prejudice & not provided impartial hearing or adequate due process of the law, and equal protecton of law or opportunity to be heared and Access to Court proceedings from denial.

1, Defendant Robert thomas Rice he sued Plaintiff on Febuary 27, 2012.

2,

Defendant Rice filed Petition Declaratory Judgment seek relief within 14 days and Panel level 3 discovery and disclosure In THE DISTRICT Court OF BRAZORIA County, TEXAS 23rd Judicial DISTRICT HON. Judge Presinding EDWIN DENMAN over the Petition for Declaratory Judgment Judge failure to Comply with law or TEX. Civ. Proc. state docketing schedule orders.(40 months Still Counting") NO. 67021;

2. Plaintiff Mr. Diaz he did not received Petition for Declaratory Judgment on are about march 4, 2012 he filed his response to Plaintiff Petition for Declaratory Judgment Cause No. 67021 Defendant Rice Committed PERJURY he stated that he does not keep records of Case Expense, then, he stated he just received invoice of Case Expense(S) Hon. Judge Presinding EDWIN DENMAN, failure to Comply with law State TEX. Civ. Proc docketing, Schedule orders. ruling Abused of its discreton,

3.

3. A Judicial Dist. Judge as Hon. EDWIN DENMAN, has duties to Comply with the law of STATE OF TEXAS STATE TEX. Rules of Civ. Proc. Competent and Diligent Responsbilthy Pursuant TEX. VERNONS Ann. ANNOTATED Civil Practice and Remedies Code Canon 3 (2)(a) a Judge who received information Clearly establishing that a lawyer has Committed a Violation of TEXAS DISCLINARY rules of Professional misConduct Should take Appropriate Action Civil Action an Attorney has engaged in Conduct involving dis-nosesty, fraud or medicated Fraud, decit, or mispresentation engaged in Conduct Constitutioning Obstruction of Justice Consumer Protection Act TEXAS Decetive Trade Practice Act.

4. On are about July 2013 Plaintiff mr. Diaz. he filed his Suite UNDER TEXAS Decetive Trade Practice Act Citation was served upon Defendants they filed Respose, Cause No. 735431 Plaintiff mr. Diaz filed motion for Change of venue, motion To Set Trial date, motion for Bench Warrant.

4.

and motion for Appointment of Counsel Defendant Savannah Robinson filed Counter Claims, Cross Claims Pleading Affirmative defense.

5. The Clerk RHOUND BARCHAK, BRAZORIA County Dist. Court: docketing, IN THE DISTRICT COURT 412th, Judicial District, OF BRAZORIA County, TEXAS Cause NO. 735431 Pending before... The HON. EDWIN DENMAN, Judge Presinding over Suite Claims.

6. On July 7, 2013 the Defendants filed motion to Consoloidate Cause NO. 61021, was Pending 23rd Judicial District Court, OF BRAZORIA County, TEXAS, Cause NO. 735431 was moved from 412th Judicial District Court into 23rd Judicial District Court BRAZORIA County District Clerk, RHOUNDA BARCHAK Refuse to Provide Judge PRsinding over these Suit or Civil Action's.

7. Plaintiff he was transfered Jester 3 for physical therapy

5.

due to serious medical needs meet the imment dangerment exception Physical bodily injuries damages to his shoulder Rotary Cup damages due to his civil rights being deprived in this civil action need second Sho Jp SERGREZY.

8. On July 10, 2013 Plaintiff filed his response to Defendants motion To Consoloidate Plaintiff he filed mis Joinder and Non Joinder seperte Consolidate Pleading's;

9. On September 25, 2013, Defendants move for motion for summary Judgment, they [solve off discovery, disclosure] in violation Clearly established Pursuant State Texas Rules of Civil Procedure Under Rule 166 (a), (c), they did not Comply with rule or Procedure Principles, IN West Chester Fire, INS. Co. v. Alvares 576 S.W. 2d at 771, 772 (Tex. App 1978)

6.

10, On November 4, 2013 Plaintiff Mr Diaz he filed his response to Defendants Motion for Summary Judgment Mr. Diaz filed Objection Oppoistion Memorandum Attach ies his Affidavits in Suppo-rt As Sufficient evidence Proof great weight of properdance of evid guinue issue of dis-pute Judge Prsinding EDWIN DENMAN failed, to Comply with law STATE TEXAS Rules of Civil Procedure VT.C. A Govt Code 81,001 Canon 3 Performing the duties of Judicial office imparti-ally and diligently Abused of its discretion;

11, on are about April or march 8, 2014 Plaintiff he filed Motion To motifty se hedule Order How. Judge Presinding failed to Comply with law STATE TEXAS Rules of Civil Procedure failure to motifty sehedule orders, Bais Abused of discretion TEX. Const. Art V § 1 Per United STATES Const. Amend. 14th and 5th Amendment Rights:

7.

12. On April 13, 2015 Plaintiff Mr. Diaz he filed his motion To leave the Court to allow him addendum third Party Defendant Kennenth Grazia Little Ken. Inc. Wholey owned Corprojation Grazia enterpries Inc. seafood, Inc, felt of vessel et al, Cause No. 735431

13. Plaintiff's Mr. Diaz Complaint Sued addendum third Part Kennenth Grazia etal, through by his Attorney Violation Breach Written Argreement Contract. Consumer Protection Act. Deeetive Trade Practice Act. TEXAS Rule of Civil Procedure Form 41 and Rule 38 (C) 39, and 40 was 1were, Served upon Brazoria County, DISTRICT CLERK, RHOUNDA BARCHAK, Jerry Delre 23rd Judicial DISTRICT COURT. Cause No. 735431, and,

8.

on April 13, 2015 Plaintiff mr. Diaz he filed addendum third party Summons to be Served upon Defendant Kennenth Grazia Little Ken, INC. etal, to answer to Complaint & Summons within 20 days After Service Served to Brazoria County, District Clerk's Jerry Deere, and Rhounda Barchak, Certificate of Service each Pleading's.

14, on April 13, 2015 Plaintiff mr. Diaz, he Also filed to Brazoria County, District Rhounda Barchak Process Request forma instrument Citation to be Served by Sheriff upon the addendum third Party Defendant Kennenth Grazia Little Ken, INC. etul, duly Served upon the Brazoria County, District Clerks Rhounda Barchak, Jerry Deere and upon the Defendants Attorney in Charge, Savannah Robinson Linda.

15. Plaintiff mr. Diaz, he filed his self Authenticating Production of document as Proof that Defendants engage in obstruction of Justice.

9,

16. The BRAZORIA County DISTRICT COURT deep Judicial seating and DISTRICT Clerks of BRAZORIA County, TEXAS. Abused it DISCRECtion failure to comply with the law of United States Constitutional or state TEXAS Rules of Civil Procedure deligence filing, docketing each and every Pleading and issue the Citation upon Defendant Kennenth ERAZIA, et al by [SHERAFF] Rule 24 duty of Clerks.

17. The HON. EDWIN DENMAN Judge 23rd Judicial DISTRICT Court OF BRAZORIA County, TEXAS and 412th Judicial DISTRICT Court OF BRAZORIA County, Tx PRsinding over these Claims has Abused his Dis- CRE in Violation TEXAS VERNONS, Ann, TEXAS Civil Practice and Remedies Code V.T.C.A, Gov't Code 81,001 507,3

18. Plaintiff MR. DIAZ, on march 23, 2015, he filed motion for discovery and discolure After 90 days Prior to filing motion motifly Schedule ORDER

10,

The motion for discovery, disclosure, and Production of Breach written Aggrement Contract, and an Ampel of original Alleged case expense was duly serviced upon the defendant U.S. Postal service Certified mail returned receipt * SAVannah Linda Robinson No. 7009-2820-2002-9555-3786; duty served upon "Clerk Brazoria County, DIST, Clerk Rhounda Barchak, she never did answer nor stamp file;" of service

19. on April 22, 2015 Plaintiff MR. Diaz, he filed motion for sanction and Compelling discovery, disclosure Brazoria County DISTRICT Courts, nor "Clerk, Rhounda Barchak never answered or send a Stamp file of service;'"

ENTERED IN THIS ACTION ON THE __22,__ day of __July__, 2015

DATED: July 22, 2015

Jimmy Diaz #1737301
Ramsey Unit,
1100 F.M. R4
Roshnon, Tx 77583                    (11).

# UNSWORN DECLARATION By inmate

I Jimmy Dirz, declare and depose Pursuant to the title 28 U.S.C § 1246, swore under the Penalty of Perjury that the statement made Amended Notice of Appeal interbcutory Appeal Authorized by Statue Case Nos, 14-14-00517-CV / 14-14-00622-CV, are true and correct the best of my Knowledge EXCUTED on this day signed on 22, day of July, 2015

Respectfully submitted

Jimmy Dirz #1739301
Jimmy Dirz
Ramsey Unit
1100 F.m. Rd
Roshron, Tf 72583

## CERTIFICATE OF SERVICE

I Jimmy DIAZ HEREBy Certify that a copy of the foregoing was Served instrument Amended Notice of Appeal, interbcutory Appeal To; Christoper A. Prine Fourteenth Court of Appeals 301 Fannin Suite 245 Houston, Tx 77002 on this day of 22, day of July 2015, U.S. Postal Service From Prison Mail Box, address follows PArties Served)
R HOUNDA BARCHAK BRAZORIA County DIST Clerk
111 E. Locust Suite 500
Angleton, Tx 72585-4618

(12).